COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

In the Matter of the Estate of Joseph Abraham, Jr. a/k/a Joseph (Sib) Abraham, Jr.,

    Appellant.

§          No. 08-18-00032-CV

§          Appeal from the

§          Probate Court No. 1

§          of El Paso County, Texas

§          (TC# 2014CPR02054)

§

# O R D E R

The Appellant's notice of appeal was filed in this office on March 1, 2018. The County Clerk's Office provided a copy of the trial court's Order Granting Successor Dependent Administrator's Motion for Summary Judgment to Invalidate the Assumption Warranty Deed Dated October 19, 2016 and Declaratory Judgment filed in the County Clerk's Office on January 4, 2018. The trial court's order reflects that it was signed on January 3, 2017, but the docketing certificate states the order was signed on January 3, 2018. It therefore appears that the date on which the order was signed may be incorrect.

Therefore, the Court ORDERS that the Honorable Patricia Chew, Judge for the Probate Court No. 1 of El Paso County, Texas, determine whether the date on the order is incorrect, and if it is, enter a corrected *nunc pro tunc* order including the correct year the order was signed. The

1

corrected *nunc pro tunc* order shall be filed with the County Clerk of El Paso County, Texas, and the County Clerk shall include said corrected order in the clerk's record. Further, the Court on its own motion extends the time to file the Record until **April 3, 2018**.

IT IS SO ORDERED this 5th day of March, 2018.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.